IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW PAYNE,

    Plaintiff,

  v.

Case No. 18-cv-526-wmc

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Andrew Payne affirming the Commissioner's decision denying plaintiff's application for social security disability benefits.

| s/ A. Wiseman, Deputy Clerk | 11/18/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |